**EXHIBIT A**

**Exhibit A**

| Last Name | First Name | Location | Back Wages |
|---|---|---|---|
| Calderon | Crismeily | Boston Center | $ 558.37 |
| Carthy | Kamille | Boston Center | $ 2,261.61 |
| Toussaint | Marie | Boston Center | $ 1,328.67 |
| Revin | Vyacheslav | Boston Center | $ 1,784.90 |
| | | | |
| Abiodun | Falilatu A | Brigham & Women's | $ 13,819.40 |
| Acosta | Roberto Espana | Brigham & Women's | $ 6,706.84 |
| Ajallad | Mohammed H | Brigham & Women's | $ 622.93 |
| Alexandre | Gizelle | Brigham & Women's | $ 12,504.87 |
| Alston | Yolanda | Brigham & Women's | $ 971.52 |
| Alvarado | Vilma | Brigham & Women's | $ 1,926.60 |
| Amaro | Aristeo | Brigham & Women's | $ 1,254.52 |
| Anthony | Hope | Brigham & Women's | $ 10,443.06 |
| Baron | Yvrose | Brigham & Women's | $ 5,376.37 |
| Bastien | Myriam | Brigham & Women's | $ 4,301.58 |
| Beniquez | Melvin | Brigham & Women's | $ 15,322.37 |
| Berhe | Saba | Brigham & Women's | $ 1,886.15 |
| Bernazzani | Carolyn | Brigham & Women's | $ 51.18 |
| Block | Brian | Brigham & Women's | $ 3,821.83 |
| Bosquet | Anne | Brigham & Women's | $ 1,037.06 |
| Boudal | Boujemaa | Brigham & Women's | $ 2,264.51 |
| Brasfield | Frances | Brigham & Women's | $ 742.43 |
| Browne | Allan | Brigham & Women's | $ 5,590.38 |
| Burgos | Willy | Brigham & Women's | $ 3,153.79 |
| Busick | Jeannine | Brigham & Women's | $ 115.47 |
| Carabia | Brianne | Brigham & Women's | $ 52.71 |
| Cardona | Jose | Brigham & Women's | $ 15,983.52 |
| Castano | Luis | Brigham & Women's | $ 1,643.59 |
| Charest | Paul | Brigham & Women's | $ 11,304.08 |
| Ciampi | Maryann | Brigham & Women's | $ 118.22 |
| Clark | Donna | Brigham & Women's | $ 170.92 |
| Clasby | Ann T | Brigham & Women's | $ 952.52 |
| Combariza-Stevens | Amelia | Brigham & Women's | $ 11,474.74 |
| Cooper | Neva C | Brigham & Women's | $ 26.92 |
| Crehan | Eileen | Brigham & Women's | $ 59.60 |
| Daoui | Fatima | Brigham & Women's | $ 7,160.51 |
| De Moura | Elizabete | Brigham & Women's | $ 670.18 |
| Depatie | Andrea | Brigham & Women's | $ 346.10 |
| Depina | Deolinda | Brigham & Women's | $ 747.49 |
| Dewey | Michael | Brigham & Women's | $ 60.10 |
| Donnell | Karen Naples | Brigham & Women's | $ 722.86 |
| Dougan-McKenzie | Ayenni | Brigham & Women's | $ 15,016.53 |
| Douglas | Emilce P | Brigham & Women's | $ 627.59 |
| Duncan | Kelly | Brigham & Women's | $ 449.53 |
| Farnum | Deborah | Brigham & Women's | $ 133.45 |
| Fernandes | Jackelyn | Brigham & Women's | $ 1,696.50 |
| Fernandes | Maria Isabel Goncalves | Brigham & Women's | $ 2,215.70 |
| Francis | Camelia P | Brigham & Women's | $ 2,026.50 |

| Fujiwara | Keiko | Brigham & Women's | $ | 2,176.61 |
|---|---|---|---|---|
| Gordon | Kelley Marie | Brigham & Women's | $ | 268.62 |
| Hogle | Kay A | Brigham & Women's | $ | 14,301.83 |
| Howell | Roseanne | Brigham & Women's | $ | 229.15 |
| Hughes | Gletter Aponte | Brigham & Women's | $ | 2,253.02 |
| Jarry | Amy Ellen | Brigham & Women's | $ | 1,351.38 |
| Jean | Henry | Brigham & Women's | $ | 7,070.94 |
| Johnson | Carleshia | Brigham & Women's | $ | 1,179.41 |
| Jones | Janet | Brigham & Women's | $ | 1,244.18 |
| Jones | Lorena | Brigham & Women's | $ | 600.52 |
| Kemmer | Michael R | Brigham & Women's | $ | 1,254.01 |
| Kirby | Christine | Brigham & Women's | $ | 879.06 |
| Knight | Harold | Brigham & Women's | $ | 1,403.40 |
| Knust-Graichen | Mary | Brigham & Women's | $ | 1,778.93 |
| Koelsch-Brown | Yvonne | Brigham & Women's | $ | 6,668.28 |
| Kuo | Jeff C | Brigham & Women's | $ | 10,235.31 |
| Kurker | Gail | Brigham & Women's | $ | 819.63 |
| LaRose | Sharon Irene | Brigham & Women's | $ | 652.94 |
| Loiacono | Maryellen | Brigham & Women's | $ | 1,526.04 |
| Lokriti | Fakhreddine | Brigham & Women's | $ | 3,030.00 |
| Long | Kellie Corbett | Brigham & Women's | $ | 192.76 |
| Lucent | Christine | Brigham & Women's | $ | 11,505.83 |
| Mabry | Priya Persaud | Brigham & Women's | $ | 2,463.41 |
| Malarick | Keith | Brigham & Women's | $ | 174.56 |
| Maravilla | Rosa | Brigham & Women's | $ | 569.28 |
| Martins | Antoinette S | Brigham & Women's | $ | 112.13 |
| Maxwell | Tiarra | Brigham & Women's | $ | 290.11 |
| McCaig | Lisa | Brigham & Women's | $ | 400.05 |
| Messinger | Deborah A | Brigham & Women's | $ | 3,509.24 |
| Mitchell | Susanne M | Brigham & Women's | $ | 200.02 |
| Mordan | Pedro E | Brigham & Women's | $ | 3,934.20 |
| Morris | Patrick | Brigham & Women's | $ | 1,307.30 |
| Munoz | Clara Vivan Asia | Brigham & Women's | $ | 30,480.11 |
| Murphy | Carol | Brigham & Women's | $ | 6,876.80 |
| Musoke | Julia | Brigham & Women's | $ | 111.23 |
| Ndugba | Uchenna I | Brigham & Women's | $ | 640.57 |
| Nolan | John | Brigham & Women's | $ | 87.91 |
| Nunez | William | Brigham & Women's | $ | 9,846.41 |
| O'Connell | Lindsay | Brigham & Women's | $ | 42.57 |
| Oconnor | Glenroy L | Brigham & Women's | $ | 14,509.42 |
| Ohovwore | Diji | Brigham & Women's | $ | 11,811.46 |
| Oliver | Keya Larrel | Brigham & Women's | $ | 394.10 |
| Ortiz | Misael | Brigham & Women's | $ | 5,595.06 |
| Parkinson | Michele E | Brigham & Women's | $ | 225.59 |
| Petruzzo | Ashley | Brigham & Women's | $ | 72.88 |
| Pires | Eufemia | Brigham & Women's | $ | 19,039.46 |
| Pitts | Catrina | Brigham & Women's | $ | 300.30 |
| Plotka | Amanda Lynn | Brigham & Women's | $ | 1,929.71 |
| Polanco | Edgar R | Brigham & Women's | $ | 5,837.36 |
| Powell | Amy L | Brigham & Women's | $ | 1,846.72 |
| Ramkissoon | Clifton | Brigham & Women's | $ | 33,150.77 |
| Read | Elizabeth | Brigham & Women's | $ | 49.60 |

| | | | | |
|---|---|---|---|---:|
| Ressy | Antonio | Brigham & Women's | $ | 404.38 |
| Ringer | Abraham | Brigham & Women's | $ | 40.57 |
| Rodrigues | Maria H | Brigham & Women's | $ | 4,114.40 |
| Rodriguez | Paula | Brigham & Women's | $ | 922.46 |
| Romano | Dorothy | Brigham & Women's | $ | 5,286.12 |
| Rosario | Sintias | Brigham & Women's | $ | 1,384.84 |
| Rowan | Katherine Elizabeth | Brigham & Women's | $ | 254.77 |
| Ruiz | Fernando | Brigham & Women's | $ | 10,702.84 |
| Ruiz | Rafael De Los-Santos | Brigham & Women's | $ | 5,590.45 |
| Russo | Jacqueline | Brigham & Women's | $ | 7,062.36 |
| Schlehuber | Deb | Brigham & Women's | $ | 4,063.37 |
| Senat | Stacy J | Brigham & Women's | $ | 46.01 |
| Shahed Dirin | Katayoun | Brigham & Women's | $ | 4,972.07 |
| Silva | James | Brigham & Women's | $ | 1,025.45 |
| Sparrock | Judy | Brigham & Women's | $ | 508.92 |
| St.Hubert | Clarisse | Brigham & Women's | $ | 4,188.12 |
| Styler | Kristin | Brigham & Women's | $ | 132.62 |
| Suncar | Betilio | Brigham & Women's | $ | 1,111.98 |
| Tesora | Annemarie E | Brigham & Women's | $ | 640.08 |
| Torres | Francis | Brigham & Women's | $ | 4,108.98 |
| Tritone | Elena | Brigham & Women's | $ | 1,751.99 |
| Urbanek | Kristen | Brigham & Women's | $ | 1,424.83 |
| Velasquez | Melvin | Brigham & Women's | $ | 16,193.89 |
| Ventola | Cheryl | Brigham & Women's | $ | 1,736.84 |
| Weinberg | Leslie | Brigham & Women's | $ | 9,192.34 |
| Whelan | Elena | Brigham & Women's | $ | 180.57 |
| Williams | Alpina | Brigham & Women's | $ | 17,539.35 |
| Wilson | Kathryn | Brigham & Women's | $ | 393.04 |
| Zak | Jennifer | Brigham & Women's | $ | 252.22 |
| Zukas | Jessica | Brigham & Women's | $ | 43.66 |
| Zulu | Penelope T | Brigham & Women's | $ | 84.72 |
| | | | | |
| Acosta | Rosa | Faulkner Hospital | | $357.37 |
| Adams | Ann | Faulkner Hospital | | $2,992.98 |
| Adams | Sally | Faulkner Hospital | | $172.89 |
| Anderson | Gwenyth | Faulkner Hospital | | $897.74 |
| Bernazzani | Carolyn | Faulkner Hospital | | $516.05 |
| Bhardwaj | Savita | Faulkner Hospital | | $735.75 |
| Bleck | Yanick | Faulkner Hospital | | $1,103.21 |
| Brennan | Michelle Ann | Faulkner Hospital | | $1,520.64 |
| Bustillo | Raquel | Faulkner Hospital | | $135.24 |
| Byles | Nicole | Faulkner Hospital | | $912.80 |
| Cabral | Ana Mercedes | Faulkner Hospital | | $989.28 |
| Camelien | Pierre | Faulkner Hospital | | $10,568.64 |
| Cardona | Juan | Faulkner Hospital | | $31,508.66 |
| Carroll | Susan | Faulkner Hospital | | $3,306.32 |
| Carter | Tracy Dion | Faulkner Hospital | | $17,447.73 |
| Cesar | Emelyne | Faulkner Hospital | | $4,111.02 |
| Chen | Xiao | Faulkner Hospital | | $6,598.05 |
| Ciamei | Karen | Faulkner Hospital | | $1,078.63 |
| Ciampi | Maryann | Faulkner Hospital | | $1,062.25 |

| | | | | |
|---|---|---|---|---|
| Colin | Jocelyn Jean | Faulkner Hospital | | $5,234.16 |
| Conneely | Stacy | Faulkner Hospital | | $202.07 |
| Conserve | Guerda | Faulkner Hospital | | $1,750.74 |
| Constantine | Natalie | Faulkner Hospital | | $43.54 |
| Cullen | Kathleen | Faulkner Hospital | | $50.54 |
| Czajkowski | Brian | Faulkner Hospital | | $258.62 |
| Dalmacy | Alex | Faulkner Hospital | | $1,261.20 |
| David | Kenyatta | Faulkner Hospital | | $9,175.90 |
| Demetrius | Andrea | Faulkner Hospital | | $1,840.33 |
| Devlin | Mark | Faulkner Hospital | | $2,440.82 |
| Doherty | Corinne | Faulkner Hospital | | $3,571.66 |
| Dominiquez | Glendalis | Faulkner Hospital | | $453.83 |
| Dorsey | Jill | Faulkner Hospital | | $3,926.39 |
| Engram | Mary Carlette | Faulkner Hospital | | $1,222.09 |
| Fidelia | Emmly | Faulkner Hospital | | $1,188.72 |
| Florentino | Reyes | Faulkner Hospital | | $14,853.89 |
| Francis-Hanson | Sandra | Faulkner Hospital | | $4,979.86 |
| Frazier | Carlisha | Faulkner Hospital | | $1,123.15 |
| Garcia | Catherine | Faulkner Hospital | | $8,949.50 |
| Goldstein | Doris | Faulkner Hospital | | $2,324.10 |
| Goodman | Julia | Faulkner Hospital | | $96.84 |
| Guay | Irene | Faulkner Hospital | $ | 5,555.78 |
| Hof | Jaime Lynn | Faulkner Hospital | | $328.65 |
| Hollis | Stephani | Faulkner Hospital | | $423.00 |
| Holly | Blessing | Faulkner Hospital | | $655.88 |
| Irish | Corselle | Faulkner Hospital | | $5,571.81 |
| Irizarry | Hilda | Faulkner Hospital | | $6,921.12 |
| Jin | Lianping | Faulkner Hospital | | $5,484.71 |
| Jones | Janet | Faulkner Hospital | | $646.78 |
| Kernizan | Gabrielle Marie | Faulkner Hospital | | $1,571.43 |
| Kurker | Gail | Faulkner Hospital | | $823.66 |
| Lenane | Stefanie E | Faulkner Hospital | | $36.88 |
| Letts | Yvette | Faulkner Hospital | $ | 11,646.75 |
| Magee | Debra A | Faulkner Hospital | | $6,720.42 |
| Manuel | Jean | Faulkner Hospital | | $34,872.46 |
| Mayo | Sherina | Faulkner Hospital | | $122.29 |
| McNulty | Frederick | Faulkner Hospital | | $1,883.02 |
| Merisier | Veker | Faulkner Hospital | | $4,609.09 |
| Merone | Sandra Davis | Faulkner Hospital | | $123.32 |
| Metelus | Bradley | Faulkner Hospital | | $632.26 |
| Mohammed | Ahmed D | Faulkner Hospital | | $834.65 |
| Muhammad | Anisa | Faulkner Hospital | | $232.38 |
| Mulligan | Marica | Faulkner Hospital | | $613.99 |
| Munoz | Clara Vivian | Faulkner Hospital | | $3,481.48 |
| Nagle | Judith | Faulkner Hospital | | $1,202.89 |
| Naughton | Patricia | Faulkner Hospital | | $1,993.57 |
| Norton | Donna | Faulkner Hospital | | $2,421.58 |
| O'Connor | Geraldine | Faulkner Hospital | | $4,447.07 |
| Payton | Sylvia | Faulkner Hospital | | $5,368.25 |
| Pierce | June | Faulkner Hospital | | $8,643.21 |
| Rafanan | Divina | Faulkner Hospital | | $15,307.44 |
| Raveau | Kristine | Faulkner Hospital | | $828.95 |

| | | | | |
|---|---|---|---|---:|
| Richmond | Nancy | Faulkner Hospital | | $9,391.17 |
| Riobe | Riolla | Faulkner Hospital | | $519.45 |
| Roberge | Pamela | Faulkner Hospital | | $8,683.98 |
| Rodriguez | Julio | Faulkner Hospital | | $261.44 |
| Roland | Sandra | Faulkner Hospital | | $987.05 |
| Ryan | Kelly | Faulkner Hospital | | $42.44 |
| Santana | Emelinda | Faulkner Hospital | | $8,790.16 |
| Santiago | Delma | Faulkner Hospital | | $298.87 |
| Scannell | Lauren | Faulkner Hospital | $ | 1,091.04 |
| Similien | Samson | Faulkner Hospital | | $22,486.52 |
| Solomon | Rochelle | Faulkner Hospital | | $6,603.17 |
| Souffrant | Patricia | Faulkner Hospital | | $257.76 |
| Spaulding | Sharon | Faulkner Hospital | | $58.12 |
| Torchon | Emante | Faulkner Hospital | | $4,274.75 |
| Veras | Eulalio | Faulkner Hospital | | $4,694.10 |
| Walcott | Judith | Faulkner Hospital | | $8,951.70 |
| Walsh | Mary T | Faulkner Hospital | | $3,074.85 |
| Wang | Ling | Faulkner Hospital | | $7,958.93 |
| Watler-Young | Rhonda | Faulkner Hospital | | $11,257.64 |
| Wencek | Linda | Faulkner Hospital | | $452.66 |
| Williams | Suzanne | Faulkner Hospital | | $1,043.82 |
| Wong | Marilyn | Faulkner Hospital | | $2,894.63 |
| | | | | |
| Adebayo | Diane Corbin | Mass General | $ | 1,609.33 |
| Ahmed | Stephanie Wilkie | Mass General | $ | 836.22 |
| Alcius | Emmanuel Jean | Mass General | $ | 5,705.06 |
| Allen | Maureen | Mass General | $ | 396.02 |
| Andujar | Robert | Mass General | $ | 18,498.40 |
| Antoine | Georges | Mass General | $ | 20,405.80 |
| Araujo | Telo | Mass General | $ | 16,115.33 |
| Arredondo | Divina | Mass General | $ | 835.38 |
| Aung | Zinmar | Mass General | $ | 218.01 |
| Bartow | Ronald | Mass General | $ | 32,738.22 |
| Bautista | Juan F | Mass General | $ | 10,654.41 |
| Bennett-Rizzo | Carin Denise | Mass General | $ | 1,003.96 |
| Bernard | Brillonne | Mass General | $ | 1,640.40 |
| Bly | Sheila L | Mass General | $ | 10,432.68 |
| Bosley | Meredith Lee | Mass General | $ | 409.72 |
| Bouchard | Jacob B | Mass General | $ | 3,054.69 |
| Boval | Patricia Casimir | Mass General | $ | 5,343.85 |
| Braga | Jenelle Charlene | Mass General | $ | 214.22 |
| Brewster | Sonia | Mass General | $ | 27.86 |
| Brunache | Magalie Pierre | Mass General | $ | 2,572.63 |
| Byrne | Joan | Mass General | $ | 12,659.14 |
| Cajou | Louis Philippe | Mass General | $ | 23,680.07 |
| Campbell | Elizabeth Anne | Mass General | $ | 5,320.11 |
| Capone | Sandra Lyn | Mass General | $ | 62.43 |
| Cardona | Ada S | Mass General | $ | 25,995.36 |
| Carroll Jr | James Michael | Mass General | $ | 18,914.85 |
| Castro-Morales | Margarita E. | Mass General | $ | 30.45 |
| Chan | Catherine Grace | Mass General | $ | 525.89 |

| | | | | |
|---|---|---|---|---:|
| Chang | Shun Chiao | Mass General | $ | 953.60 |
| Chaudhry | Mazhar | Mass General | $ | 845.67 |
| Cheung | Dorina G. | Mass General | $ | 171.80 |
| Cintron | John | Mass General | $ | 1,346.35 |
| Cole | James | Mass General | $ | 1,066.82 |
| Connolly | James Gregory | Mass General | $ | 138.24 |
| Dang | Muoi | Mass General | $ | 11,558.15 |
| Dawodi | Ibrahim R. | Mass General | $ | 1,477.36 |
| DeBerardinis | Miriah Elinor | Mass General | $ | 986.43 |
| Del Valle | Awilda | Mass General | $ | 9,616.98 |
| DeLisia | AnnaMarie | Mass General | $ | 1,153.54 |
| Dionne | Melissa | Mass General | $ | 164.16 |
| DiRienzo | Laura L | Mass General | $ | 4,782.23 |
| Do | Thuy Van Truong | Mass General | $ | 1,519.96 |
| Dobres | Jonathan M. | Mass General | $ | 67.16 |
| Doster | Karen Marie | Mass General | $ | 437.08 |
| Doyle | Michelle M. | Mass General | $ | 1,646.81 |
| Doza | Gina Marie O. | Mass General | $ | 107.56 |
| Duncan | Latanya A | Mass General | $ | 12,966.17 |
| Encarnacion | Miladys | Mass General | $ | 68.32 |
| Escobar | Alfredo | Mass General | $ | 8,505.06 |
| Essebbar | Adil | Mass General | $ | 12,622.02 |
| Fanfan | Marie | Mass General | $ | 26,207.00 |
| Feldman | Lanna | Mass General | $ | 125.14 |
| Ferreira | Barbara | Mass General | $ | 3,360.86 |
| Fils-Aime | Solange | Mass General | $ | 15,719.35 |
| Flynn | Sharon K | Mass General | $ | 42.93 |
| Foxon | Marjorie | Mass General | $ | 3,198.11 |
| Frias-Dominici | Peggi T | Mass General | $ | 1,100.36 |
| Giannattasio | Audrey | Mass General | $ | 824.58 |
| Gilbert | Anegype | Mass General | $ | 57.22 |
| Glenn | Rhonda A | Mass General | $ | 2,529.23 |
| Graham | Joyce Theresa | Mass General | $ | 12,235.58 |
| Guled | Layla A | Mass General | $ | 2,017.24 |
| Hall | Sean Patrick | Mass General | $ | 4,145.61 |
| Handley | Regina Marie | Mass General | $ | 3,014.76 |
| Hicks | Tandeka Lee | Mass General | $ | 25,021.55 |
| Hileus | Carmene | Mass General | $ | 672.86 |
| Hogle | Kay | Mass General | $ | 1,941.82 |
| Horacius | Mistral | Mass General | $ | 4,181.39 |
| Housni | Abdelaziz | Mass General | $ | 3,112.64 |
| Hunt | Constance M | Mass General | $ | 202.09 |
| Irungu | Cecilia Wanjiru | Mass General | $ | 71.70 |
| Jean-Louis | Marlene | Mass General | $ | 712.75 |
| Johnson | Carleshia | Mass General | $ | 9,684.67 |
| Johnson | Nathaniel | Mass General | $ | 376.04 |
| Jones | Kamala | Mass General | $ | 983.66 |
| Jones | Lindsay A. | Mass General | $ | 239.99 |
| Jones | Patricia Ann | Mass General | $ | 255.12 |
| Kayi | Adam | Mass General | $ | 15,867.98 |
| Kearney | Kathleen | Mass General | $ | 32.73 |
| Kelleher | Erin | Mass General | $ | 157.82 |

| | | | | |
|---|---|---|---|---|
| Kelly Brown | Joyce | Mass General | $ | 119.60 |
| Killoren | Rhonda | Mass General | $ | 1,514.81 |
| Kimball | Stacy Lynn | Mass General | $ | 2,361.75 |
| King | Marilyn Ann Patricia | Mass General | $ | 1,922.43 |
| Kleinjan | Jane | Mass General | $ | 9,307.17 |
| Kobeissi | Samir M. | Mass General | $ | 12,025.83 |
| Krane | Judith | Mass General | $ | 45.47 |
| Kuo | Jeff | Mass General | $ | 1,309.42 |
| Larrabee | Sylvie M | Mass General | $ | 29,808.67 |
| Lebedeva | Alexandra | Mass General | $ | 1,142.52 |
| LeRay | Dolores | Mass General | $ | 1,802.95 |
| Logan | Denise M. | Mass General | $ | 2,966.63 |
| Lopez | Elizabeth | Mass General | $ | 966.23 |
| Magliozzi | Teresa Ann | Mass General | $ | 400.40 |
| Malin | Donna | Mass General | $ | 1,072.69 |
| Malley | Ann | Mass General | $ | 2,499.83 |
| Mamani | Beatriz | Mass General | $ | 22,262.42 |
| Martel | Jaime L | Mass General | $ | 255.07 |
| Martell-Waldrop | Kristina | Mass General | $ | 345.65 |
| Martin | Allyson M | Mass General | $ | 61.61 |
| Martin-Barber | Donna | Mass General | $ | 265.38 |
| Martinez | Nicole | Mass General | $ | 438.97 |
| Mccarthy | Rita M | Mass General | $ | 7,903.37 |
| MCDEVITT | EAMON P | Mass General | $ | 571.64 |
| McKenna | Ellen Marie | Mass General | $ | 9,496.51 |
| Merisier | Joseph F | Mass General | $ | 16,725.12 |
| Mertelus | Philosia | Mass General | $ | 1,281.89 |
| Messinger | Deborah | Mass General | $ | 303.61 |
| Mondesir | Daniel | Mass General | $ | 12,267.97 |
| Morgan | Opal Natasha | Mass General | $ | 434.90 |
| Morris | Nollaig Marie | Mass General | $ | 132.40 |
| Murati | Kadri | Mass General | $ | 24,689.31 |
| Mwaura | Jane M | Mass General | $ | 1,741.38 |
| Nabua | Patricia | Mass General | $ | 3,206.53 |
| Nania | Carole A | Mass General | $ | 238.57 |
| NEAL | CHARDIESHA L. | Mass General | $ | 1,403.47 |
| Nie | Lily ZhenLin | Mass General | $ | 4,459.13 |
| Nkhaili | Said | Mass General | $ | 9,128.19 |
| O'Donoghue | Hillary | Mass General | $ | 377.18 |
| Oliveira Driscoll | Roccia Maria | Mass General | $ | 117.56 |
| Ortiz | Yndalecia Cecilia | Mass General | $ | 8,656.36 |
| Pereira | Barbara | Mass General | $ | 2,026.85 |
| Perloe | Alexandra H. J. | Mass General | $ | 966.61 |
| Perry | Deborah L | Mass General | $ | 452.85 |
| Pitts | Catrina | Mass General | $ | 1,783.40 |
| Plante | Thomas Bernard | Mass General | $ | 1,454.73 |
| Polanco | Jonathan | Mass General | $ | 27,720.77 |
| Powell | Tamara | Mass General | $ | 476.87 |
| Radebaugh | Sandra | Mass General | $ | 935.00 |
| Ramirez | Maria Elan | Mass General | $ | 4,714.71 |
| Ramondi | Amy Eli | Mass General | $ | 3,547.09 |
| Rice | Caitlin J | Mass General | $ | 355.92 |

| | | | | |
|---|---|---|---|---:|
| Richardson | June | Mass General | $ | 459.64 |
| Robinson | Conrad | Mass General | $ | 1,012.18 |
| Robson | Aurelia | Mass General | $ | 11,277.99 |
| Rodriguez | Robin | Mass General | $ | 670.89 |
| Roglieri | Anna | Mass General | $ | 1,008.14 |
| Romero | Alvaro I. | Mass General | $ | 13,579.06 |
| Rossi | Nicole | Mass General | $ | 22.51 |
| Roy | Marc J | Mass General | $ | 8,964.23 |
| Saint Paul | Jean Lionel | Mass General | $ | 26,493.39 |
| Sanchez | Angel | Mass General | $ | 20,547.90 |
| Schwab-Macdonald | Michelle | Mass General | $ | 454.08 |
| Seda | Sheisa | Mass General | $ | 51.83 |
| Skerry | Linda | Mass General | $ | 249.93 |
| Skiddell | Jacqueline | Mass General | $ | 335.88 |
| Smith | Renee | Mass General | $ | 3,564.82 |
| Solan | Catherine Ellen | Mass General | $ | 397.85 |
| Sparrock | Judy | Mass General | $ | 6,117.99 |
| St. Julien | Tamar | Mass General | $ | 747.05 |
| Stark | Elyse V | Mass General | $ | 663.18 |
| Stevenson | Helen | Mass General | $ | 160.53 |
| Sullivan | Cynthia | Mass General | $ | 1,189.97 |
| Taylor | Allison | Mass General | $ | 1,948.65 |
| Teixeira | Flavia Esperanza | Mass General | $ | 412.86 |
| Thadani-Gurnani | Jeetu | Mass General | $ | 4,204.77 |
| Thomas | Stacey Lee | Mass General | $ | 1,643.29 |
| Thomas | Wedstanley Haiti | Mass General | $ | 2,291.78 |
| Timlin | Teresa | Mass General | $ | 277.29 |
| Torres | Patricia N. | Mass General | $ | 4,329.70 |
| Van-Tay | Gloria | Mass General | $ | 16,594.60 |
| Varing | Troy Wayne | Mass General | $ | 3,501.68 |
| Watler-Young | Rhonda | Mass General | $ | 1,362.06 |
| Wilcox | Amy Beth | Mass General | $ | 146.64 |
| Wilson | Jennifer M | Mass General | $ | 3,734.27 |
| Winger | Therese J | Mass General | $ | 727.76 |
| Wisdom | Aliesha Nicole | Mass General | $ | 1,003.05 |
| Zinger | Inna | Mass General | $ | 1,228.60 |
| | | | | |
| | | | | |
| Ackerman | Julie Ann | McLean Hospital | $ | 880.77 |
| Babcock | Rebecca Lynne | McLean Hospital | $ | 1,401.62 |
| Bassil | Cynthia | McLean Hospital | $ | 602.63 |
| Burkett | Lisa | McLean Hospital | $ | 33.07 |
| Campos | Rhodora | McLean Hospital | $ | 1,667.49 |
| Cornay | Nixon | McLean Hospital | $ | 66.73 |
| Dhlakama | Angson | McLean Hospital | $ | 22,392.45 |
| Doreau | Heidi | McLean Hospital | $ | 528.66 |
| Duncan | Latanya | McLean Hospital | $ | 1,412.92 |
| Gardner Schuster | Erica Elizabeth | McLean Hospital | $ | 435.63 |
| Goodridge | Felicia Renee | McLean Hospital | $ | 1,880.75 |
| Hasan | Nadeem | McLean Hospital | $ | 32.73 |
| Horace | Lionel | McLean Hospital | $ | 29.48 |

| | | | | |
|---|---|---|---|---:|
| Kay | Elaine Beth | McLean Hospital | $ | 429.02 |
| Kohno | Ray | McLean Hospital | $ | 285.92 |
| Levin | Oglin | McLean Hospital | $ | 152.44 |
| Maher | Denise | McLean Hospital | $ | 117.85 |
| McChesney | Hope Lee | McLean Hospital | $ | 591.87 |
| Quiles | Danny | McLean Hospital | $ | 1,752.33 |
| Rogals | Miles | McLean Hospital | $ | 92.36 |
| Silver-Heilman | Kate Elizabeth | McLean Hospital | $ | 741.83 |
| Somley | Brittny Lee | McLean Hospital | $ | 678.99 |
| Thomas | Pamela | McLean Hospital | $ | 204.85 |
| Vitale | Elizabeth Chopin | McLean Hospital | $ | 40.66 |
| Wilson | Paul | McLean Hospital | $ | 262.43 |
| | | | | |
| Altidor | Alia | Newton Wellesley Hospital | $ | 1,580.09 |
| Barahona | Sandra | Newton Wellesley Hospital | $ | 15,913.41 |
| Barry | Denise M | Newton Wellesley Hospital | $ | 553.20 |
| Bhardwaj | Savita | Newton Wellesley Hospital | $ | 3,359.47 |
| Bowen | Linda S. | Newton Wellesley Hospital | $ | 5,148.19 |
| Burns | Kimberly | Newton Wellesley Hospital | $ | 6,593.75 |
| Calcinari | Traci | Newton Wellesley Hospital | $ | 2,525.30 |
| Carr | David | Newton Wellesley Hospital | $ | 74.99 |
| Celata | Lorraine Marie | Newton Wellesley Hospital | $ | 148.51 |
| Charles | Rony | Newton Wellesley Hospital | $ | 14,042.86 |
| Chawalit | Damri | Newton Wellesley Hospital | $ | 21,777.69 |
| Connors | Amanda | Newton Wellesley Hospital | $ | 309.43 |
| Corrigan-Sheehan | Susan | Newton Wellesley Hospital | $ | 264.96 |
| Cullen | Cheryl | Newton Wellesley Hospital | $ | 31.28 |
| Da Silva | Marcia | Newton Wellesley Hospital | $ | 8,989.88 |
| Dalmacy | Alex | Newton Wellesley Hospital | $ | 9,669.11 |
| Decolongon | Anna | Newton Wellesley Hospital | $ | 414.67 |
| DOUCETTE | LINDA | Newton Wellesley Hospital | $ | 470.94 |
| ELIACIN | YVES | Newton Wellesley Hospital | $ | 7,230.46 |
| Fantasia | Melissa | Newton Wellesley Hospital | $ | 110.17 |
| FERGUSON | MARGARET R | Newton Wellesley Hospital | $ | 265.73 |
| Fernandes | Brian | Newton Wellesley Hospital | $ | 8,632.54 |
| FISHER | CHRISTINA | Newton Wellesley Hospital | $ | 3,464.04 |
| Garces | Tatiana Itajacy | Newton Wellesley Hospital | $ | 275.22 |
| Garrett | Lisa | Newton Wellesley Hospital | $ | 2,527.25 |
| Greene | Deirdre | Newton Wellesley Hospital | $ | 1,138.90 |
| Gunderia | Rashmi Himanshu | Newton Wellesley Hospital | $ | 1,100.80 |
| Gunn | Erin Kathleen | Newton Wellesley Hospital | $ | 448.19 |
| Haghighi | Reza | Newton Wellesley Hospital | $ | 5,536.25 |
| Harkins | Catherine | Newton Wellesley Hospital | $ | 553.95 |
| Herman | Ann M | Newton Wellesley Hospital | $ | 420.00 |
| Hinkley | Casey | Newton Wellesley Hospital | $ | 1,557.41 |
| Holleran | Paul | Newton Wellesley Hospital | $ | 718.81 |
| Johnson | Judith | Newton Wellesley Hospital | $ | 542.32 |
| Johnson | Mary E. | Newton Wellesley Hospital | $ | 1,517.89 |
| Joseph | Steevens | Newton Wellesley Hospital | $ | 10,457.86 |
| Kazibwe | Kenn | Newton Wellesley Hospital | $ | 13,744.36 |
| Long | Jennifer | Newton Wellesley Hospital | $ | 107.74 |

| | | | | |
|---|---|---|---|---:|
| MacNeil | Carolyn | Newton Wellesley Hospital | $ | 5,627.30 |
| McMullen | Brian Joseph | Newton Wellesley Hospital | $ | 33.52 |
| Miller | Debra | Newton Wellesley Hospital | $ | 2,952.13 |
| Mulready | Mary | Newton Wellesley Hospital | $ | 114.27 |
| Nally | Jacquelyn M. | Newton Wellesley Hospital | $ | 528.29 |
| Nee | Maria | Newton Wellesley Hospital | $ | 25,289.83 |
| Norkus | Barbara | Newton Wellesley Hospital | $ | 1,016.75 |
| Norman | Robert | Newton Wellesley Hospital | $ | 993.83 |
| O'Leary | Janet | Newton Wellesley Hospital | $ | 604.43 |
| O'Sullivan | Jennifer | Newton Wellesley Hospital | $ | 10,613.25 |
| Paz | Arvel Panlibuton | Newton Wellesley Hospital | $ | 1,305.72 |
| Peck | Alice Margaret | Newton Wellesley Hospital | $ | 208.55 |
| Pierce | Carol | Newton Wellesley Hospital | $ | 18,904.93 |
| Preval | Katia | Newton Wellesley Hospital | $ | 324.80 |
| Reyes | Amy Marie | Newton Wellesley Hospital | $ | 212.96 |
| Riedel | Karen | Newton Wellesley Hospital | $ | 1,772.56 |
| Rivas | Beatriz | Newton Wellesley Hospital | $ | 36.11 |
| Rock | Franchette | Newton Wellesley Hospital | $ | 27.58 |
| Rotolo | Josephine | Newton Wellesley Hospital | $ | 275.17 |
| Ruchwa | Bernadette | Newton Wellesley Hospital | $ | 3,896.39 |
| Sanon | Adeline | Newton Wellesley Hospital | $ | 13,405.93 |
| Saulnier | Ashley | Newton Wellesley Hospital | $ | 151.28 |
| Sheehan | Heidi | Newton Wellesley Hospital | $ | 674.02 |
| Sprague | Stephanie R | Newton Wellesley Hospital | $ | 48.01 |
| Staunton | John | Newton Wellesley Hospital | $ | 1,538.55 |
| Suazo | Dafny | Newton Wellesley Hospital | $ | 743.08 |
| Sullivan | Cynthia Ann | Newton Wellesley Hospital | $ | 1,211.35 |
| Szeto | Chuck | Newton Wellesley Hospital | $ | 137.00 |
| Tucker | Janice A. | Newton Wellesley Hospital | $ | 166.06 |
| Vendrell | Alejandro | Newton Wellesley Hospital | $ | 1,639.02 |
| Ventola | Cheryl | Newton Wellesley Hospital | $ | 10,398.12 |
| Weatherly | Elena | Newton Wellesley Hospital | $ | 865.76 |
| Whalen | Laura | Newton Wellesley Hospital | $ | 372.08 |
| Williams | Rosalyne | Newton Wellesley Hospital | $ | 7,877.84 |
| Wong | Marilyn | Newton Wellesley Hospital | $ | 884.49 |
| Zhou | Nancy | Newton Wellesley Hospital | $ | 418.74 |
| | | | | |
| Bautista | Ivy | North End Rehab | $ | 136.95 |
| Bradley | Alzira | North End Rehab | $ | 328.85 |
| Cardone | Ginesia | North End Rehab | $ | 193.71 |
| Cardoso | Maria | North End Rehab | $ | 9,704.14 |
| Carias | Eunice | North End Rehab | $ | 1,695.50 |
| Carvalho | Maria | North End Rehab | $ | 1,836.32 |
| Castano | Luz | North End Rehab | $ | 11,990.09 |
| Gomez | Valarie | North End Rehab | $ | 343.83 |
| Haddad | Souhila | North End Rehab | $ | 7,227.99 |
| Jackson | Lea | North End Rehab | $ | 350.33 |
| Ntab | Mareille | North End Rehab | $ | 4,193.66 |
| Restuccia | Ann | North End Rehab | $ | 346.28 |
| Spinney | Carma | North End Rehab | $ | 5,971.02 |
| Tighe | Kara | North End Rehab | $ | 84.90 |

| | | | | |
|---|---|---|---|---|
| Abay-Asmerom | Lidya | North Shore Medical Ctr | $ | 14,072.83 |
| Aboyeji | Janet | North Shore Medical Ctr | $ | 1,299.28 |
| Altavilla | Kristen | North Shore Medical Ctr | $ | 1,093.36 |
| Angelo | Yuliya | North Shore Medical Ctr | $ | 760.20 |
| Arredondo | Divina | North Shore Medical Ctr | $ | 6,185.78 |
| Bertoncini | Jeanne | North Shore Medical Ctr | $ | 266.47 |
| Calder | Karen | North Shore Medical Ctr | $ | 225.04 |
| Calisto | Kristina | North Shore Medical Ctr | $ | 393.39 |
| Carr | Elizabeth | North Shore Medical Ctr | $ | 2,408.10 |
| Currie | Monique | North Shore Medical Ctr | $ | 212.27 |
| Dahling | Lynn | North Shore Medical Ctr | $ | 7,032.48 |
| Dempsey | Kristen | North Shore Medical Ctr | $ | 716.03 |
| Dionne | Lorraine | North Shore Medical Ctr | $ | 79.07 |
| D'Itria | Michael | North Shore Medical Ctr | $ | 10,943.22 |
| Dullea | Rita Marie | North Shore Medical Ctr | $ | 905.61 |
| Dunkley | Eric | North Shore Medical Ctr | $ | 37,545.81 |
| Duran | Xiomara | North Shore Medical Ctr | $ | 2,751.75 |
| Eccles | Robin Marie | North Shore Medical Ctr | $ | 70.39 |
| Federico | Sabrina | North Shore Medical Ctr | $ | 2,496.85 |
| Gabriel | MAria Corazon | North Shore Medical Ctr | $ | 6,045.94 |
| Gormley | Kathleen | North Shore Medical Ctr | $ | 159.81 |
| Guerrero | Leycaira P | North Shore Medical Ctr | $ | 87.92 |
| Henebury | Jane | North Shore Medical Ctr | $ | 763.88 |
| Imuze | Lawrence | North Shore Medical Ctr | $ | 13,598.44 |
| Jaskiel | Judith | North Shore Medical Ctr | $ | 126.27 |
| Kaufman | Karen | North Shore Medical Ctr | $ | 1,241.34 |
| Kazibwe | Ken | North Shore Medical Ctr | $ | 843.45 |
| Kenney | Holly | North Shore Medical Ctr | $ | 98.53 |
| Kenny | Valeria | North Shore Medical Ctr | $ | 1,222.22 |
| Levitz | Anna | North Shore Medical Ctr | $ | 651.66 |
| Mackesey | Colleen | North Shore Medical Ctr | $ | 563.79 |
| Manucci | Ronald | North Shore Medical Ctr | $ | 1,639.67 |
| Marsh | Cynthia | North Shore Medical Ctr | $ | 1,584.55 |
| McAdoo | Tamara Danielle | North Shore Medical Ctr | $ | 953.28 |
| McWilliams | Colin | North Shore Medical Ctr | $ | 695.17 |
| Morales | Reyes | North Shore Medical Ctr | $ | 92.72 |
| Moreno | Maira | North Shore Medical Ctr | $ | 341.13 |
| Muriel | Susan M | North Shore Medical Ctr | $ | 409.02 |
| Nimley | Alex | North Shore Medical Ctr | $ | 34.20 |
| Popovac | Anna | North Shore Medical Ctr | $ | 368.17 |
| Pro | Luisa D | North Shore Medical Ctr | $ | 14,664.14 |
| Quenneville | Charles David | North Shore Medical Ctr | $ | 14,670.36 |
| Ramirez | Maria | North Shore Medical Ctr | $ | 521.59 |
| Richardson | Susan L | North Shore Medical Ctr | $ | 1,779.16 |
| Romano | Cristina | North Shore Medical Ctr | $ | 2,543.33 |
| Schuh | Christina Celeste | North Shore Medical Ctr | $ | 825.34 |
| Silva | Tanya L | North Shore Medical Ctr | $ | 601.33 |
| Stephanides | Stacie | North Shore Medical Ctr | $ | 23.62 |
| Thompson | Monica | North Shore Medical Ctr | $ | 156.08 |
| Treacy | Jean T | North Shore Medical Ctr | $ | 3,724.03 |

| | | | | |
|---|---|---|---|---:|
| Wilson | Stella | North Shore Medical Ctr | $ | 2,966.37 |
| Zarrella | Sheri Lynn | North Shore Medical Ctr | $ | 1,889.32 |
| Zepeda | Nidia | North Shore Medical Ctr | $ | 925.24 |
| | | | | |
| Corrigan | Cathy | North Shore Physicians Group | $ | 193.98 |
| Theriault | Carol | North Shore Physicians Group | $ | 1,139.87 |
| Yumasi | Vivienne | North Shore Physicians Group | $ | 848.06 |
| | | | | |
| Bamford | Carrie | Partners Community Healthcare | $ | 224.22 |
| Gillespie | Deb | Partners Community Healthcare | $ | 4,142.53 |
| | | | | |
| Abraham | Caren | Partners Healthcare System | $ | 2,825.04 |
| Abulbarr | Aishah | Partners Healthcare System | $ | 5,068.25 |
| Al-Kaleem | Naqibah | Partners Healthcare System | $ | 679.46 |
| Alston | Yolanda | Partners Healthcare System | $ | 8,179.75 |
| Alvarez | Vilma | Partners Healthcare System | $ | 559.74 |
| Bennett | Joseph | Partners Healthcare System | $ | 7,251.08 |
| Breneus | Peggy | Partners Healthcare System | $ | 3,428.50 |
| Cardona | Christina | Partners Healthcare System | $ | 699.71 |
| Carignan | Michelle | Partners Healthcare System | $ | 194.35 |
| DaCosta | Leigh | Partners Healthcare System | $ | 2,949.63 |
| Depina | Leila | Partners Healthcare System | $ | 3,309.27 |
| Garrido | Jannett | Partners Healthcare System | $ | 43.38 |
| Gonzalez | Soheila | Partners Healthcare System | $ | 3,632.36 |
| Gould | Leslie | Partners Healthcare System | $ | 464.36 |
| Idrissi | Zakia | Partners Healthcare System | $ | 1,844.55 |
| Johnson | Kahren | Partners Healthcare System | $ | 2,974.92 |
| Joyner | Renee | Partners Healthcare System | $ | 6,183.17 |
| Kottat | Samira | Partners Healthcare System | $ | 98.30 |
| L'Abbe | Meaghan | Partners Healthcare System | $ | 416.30 |
| Louis | Marianne | Partners Healthcare System | $ | 14,922.85 |
| Lozowski | Denise | Partners Healthcare System | $ | 137.70 |
| Lynch | Theresa | Partners Healthcare System | $ | 969.44 |
| Maxwell | Nancy | Partners Healthcare System | $ | 1,693.16 |
| McIntyre | Lynn | Partners Healthcare System | $ | 1,545.85 |
| Miller | David | Partners Healthcare System | $ | 4,061.68 |
| Mininger | Gina | Partners Healthcare System | $ | 78.02 |
| Ocasio | Maria | Partners Healthcare System | $ | 1,889.27 |
| Ohovware | Diji | Partners Healthcare System | $ | 975.77 |
| Pagan | Magdalena | Partners Healthcare System | $ | 1,408.37 |
| Peters-Bouri | Connie | Partners Healthcare System | $ | 4,566.63 |
| Prendable | Linda | Partners Healthcare System | $ | 762.39 |
| Sabre | Samantha | Partners Healthcare System | $ | 52.33 |
| Schneider | Noreen | Partners Healthcare System | $ | 553.15 |
| Simpson | Maria | Partners Healthcare System | $ | 1,131.71 |
| Sison | Camille | Partners Healthcare System | $ | 4,999.05 |
| Suarez | Sean | Partners Healthcare System | $ | 10,366.94 |
| Treen | Paul | Partners Healthcare System | $ | 6,291.69 |
| Umbro | Daniel | Partners Healthcare System | $ | 121.47 |
| Wanat | Matthew | Partners Healthcare System | $ | 667.46 |

| | | | | |
|---|---|---|---|---:|
| Wattree | Patricia | Partners Healthcare System | $ | 1,316.84 |
| | | | | |
| Albano | Kerrie | Partners Home Care | $ | 1,665.82 |
| Charles | Yolette | Partners Home Care | $ | 26,682.42 |
| Chase-Kelleher | Lynne | Partners Home Care | $ | 1,313.61 |
| Curran | Anmarie | Partners Home Care | $ | 8,908.23 |
| Elliott | Andrea | Partners Home Care | $ | 205.83 |
| Fenol | Gloriosa | Partners Home Care | $ | 62,266.82 |
| Gramajo | Maryann | Partners Home Care | $ | 3,460.76 |
| Haile | Nancy | Partners Home Care | $ | 312.85 |
| Johnson | Nancy | Partners Home Care | $ | 2,895.68 |
| Kasper | William | Partners Home Care | $ | 402.96 |
| Knust-Graichen | Mary | Partners Home Care | $ | 21,526.26 |
| LaFleur | Anne | Partners Home Care | $ | 92.87 |
| Martin | Renee | Partners Home Care | $ | 3,875.04 |
| Misuraca | Marc | Partners Home Care | $ | 4,969.69 |
| Mitchell | La-Tia | Partners Home Care | $ | 733.68 |
| Oliver | Barbara | Partners Home Care | $ | 11,635.57 |
| Pratt | Erin | Partners Home Care | $ | 197.79 |
| Randazzo | Michael | Partners Home Care | $ | 5,887.95 |
| Reddington | Kim | Partners Home Care | $ | 2,854.81 |
| Sabetti-Gramajo | Maryann | Partners Home Care | $ | 61.30 |
| St. Cyr | Leslie | Partners Home Care | $ | 20,043.08 |
| St. Jour | Sheridan | Partners Home Care | $ | 266.21 |
| | | | | |
| Jones | Elisa | Rehab Hospital of the Cape | $ | 364.21 |
| Kelly | Kathleen | Rehab Hospital of the Cape | $ | 30.60 |
| | | | | |
| Abdalla | Fatima | Shaugnessy Kaplan Rehabilitation | $ | 479.41 |
| Carino | Joji | Shaugnessy Kaplan Rehabilitation | $ | 943.65 |
| Coffin | Virginia | Shaugnessy Kaplan Rehabilitation | $ | 983.23 |
| Doucette | Maryellen | Shaugnessy Kaplan Rehabilitation | $ | 9,523.71 |
| Eze | Chukwuemeka | Shaugnessy Kaplan Rehabilitation | $ | 927.56 |
| Fallon | Catherine | Shaugnessy Kaplan Rehabilitation | $ | 3,282.49 |
| Fraser | Dana | Shaugnessy Kaplan Rehabilitation | $ | 448.96 |
| Healey | Michael | Shaugnessy Kaplan Rehabilitation | $ | 43.85 |
| Howard | Norberta | Shaugnessy Kaplan Rehabilitation | $ | 343.04 |
| Krinsky | Martin | Shaugnessy Kaplan Rehabilitation | $ | 3,446.70 |
| Mears | Krystal-Jade | Shaugnessy Kaplan Rehabilitation | $ | 39.47 |
| Mepipyou | Ghislain | Shaugnessy Kaplan Rehabilitation | $ | 8,773.31 |
| Mora | Jessica | Shaugnessy Kaplan Rehabilitation | $ | 52.14 |
| Nessinger | Diane | Shaugnessy Kaplan Rehabilitation | $ | 1,976.63 |
| Nimley | Alex | Shaugnessy Kaplan Rehabilitation | $ | 118.23 |
| O'Boyle | Brendan | Shaugnessy Kaplan Rehabilitation | $ | 413.28 |
| Shkurti | Violeta | Shaugnessy Kaplan Rehabilitation | $ | 1,870.01 |
| Simbajon | Vilma | Shaugnessy Kaplan Rehabilitation | $ | 2,398.51 |
| Trivino | Geoffrey | Shaugnessy Kaplan Rehabilitation | $ | 106.57 |
| York | Donna | Shaugnessy Kaplan Rehabilitation | $ | 12,130.67 |

| | | | | |
|---|---|---|---|---|
| BADE | ASHLEY | Spaulding Rehabilitation Hospital | $ | 1,680.76 |
| Bai | Yong | Spaulding Rehabilitation Hospital | $ | 1,101.66 |
| Belizaire | Michele Denise | Spaulding Rehabilitation Hospital | $ | 1,753.40 |
| Brazier | Martine H. | Spaulding Rehabilitation Hospital | $ | 13,033.96 |
| Bruce | Timothy R | Spaulding Rehabilitation Hospital | $ | 4,009.16 |
| Cave | Janice E | Spaulding Rehabilitation Hospital | $ | 174.73 |
| Cesar | Julie | Spaulding Rehabilitation Hospital | $ | 8,639.04 |
| Coffey | Excelle Marie Guanzon | Spaulding Rehabilitation Hospital | $ | 3,027.11 |
| Coogan | Mary Jean | Spaulding Rehabilitation Hospital | $ | 48.34 |
| Cummings | Kimberly K | Spaulding Rehabilitation Hospital | $ | 445.31 |
| David | Jean R | Spaulding Rehabilitation Hospital | $ | 14,403.73 |
| Deocampo | Elena Peachy | Spaulding Rehabilitation Hospital | $ | 59.54 |
| Derose | Mona | Spaulding Rehabilitation Hospital | $ | 7,027.09 |
| Dibenedetto | Joseph | Spaulding Rehabilitation Hospital | $ | 9,682.23 |
| DiPaolo | Christine Leigh | Spaulding Rehabilitation Hospital | $ | 195.09 |
| Dorsinville | Herve | Spaulding Rehabilitation Hospital | $ | 309.32 |
| Ejirika | Chieme Chinomso | Spaulding Rehabilitation Hospital | $ | 367.62 |
| Engeda | Wanaye | Spaulding Rehabilitation Hospital | $ | 604.18 |
| Estoce | Jo Ann | Spaulding Rehabilitation Hospital | $ | 1,222.52 |
| Fasoli | Susan E. | Spaulding Rehabilitation Hospital | $ | 5,937.81 |
| Fils | Mario | Spaulding Rehabilitation Hospital | $ | 1,243.29 |
| Foley | Gerald S. | Spaulding Rehabilitation Hospital | $ | 1,511.75 |
| Green | Kimberly E. | Spaulding Rehabilitation Hospital | $ | 8,004.50 |
| Gribos | Martha Dannies | Spaulding Rehabilitation Hospital | $ | 365.73 |
| Hamaty | Jay | Spaulding Rehabilitation Hospital | $ | 1,119.75 |
| Henneberg | Werner R. | Spaulding Rehabilitation Hospital | $ | 9,050.89 |
| Houida | Najat Ayou | Spaulding Rehabilitation Hospital | $ | 1,747.54 |
| Hudson | Charlene | Spaulding Rehabilitation Hospital | $ | 8,313.84 |
| Izmirli | Karla Renae | Spaulding Rehabilitation Hospital | $ | 252.40 |
| Jose | Oliver F | Spaulding Rehabilitation Hospital | $ | 11,529.14 |
| Kelley | Eileen Marie | Spaulding Rehabilitation Hospital | $ | 6,846.86 |
| Layon | Lester N. | Spaulding Rehabilitation Hospital | $ | 719.14 |
| Levinson | Radmila | Spaulding Rehabilitation Hospital | $ | 122.77 |
| Long | Chantha | Spaulding Rehabilitation Hospital | $ | 3,031.92 |
| Louis | Germina | Spaulding Rehabilitation Hospital | $ | 1,844.40 |
| Miranda | Antonio | Spaulding Rehabilitation Hospital | $ | 11,910.12 |
| Noel | Jennifer A | Spaulding Rehabilitation Hospital | $ | 203.67 |
| Noronha | Latitia | Spaulding Rehabilitation Hospital | $ | 3,086.80 |
| Pathan | Firdosh | Spaulding Rehabilitation Hospital | $ | 782.00 |
| Piccuito | Christopher Michael | Spaulding Rehabilitation Hospital | $ | 3,086.36 |
| Raymond | Juanita | Spaulding Rehabilitation Hospital | $ | 601.55 |
| Retarekar | Runzun | Spaulding Rehabilitation Hospital | $ | 48.43 |
| ROCKOFF | JILLIAN | Spaulding Rehabilitation Hospital | $ | 289.86 |
| Rodriguez | Luis M. | Spaulding Rehabilitation Hospital | $ | 26.77 |
| Saintil | Claudette | Spaulding Rehabilitation Hospital | $ | 4,533.94 |
| Supelana | Christina J | Spaulding Rehabilitation Hospital | $ | 181.90 |
| Sweeney | Christina M. | Spaulding Rehabilitation Hospital | $ | 56.56 |
| Thurston | Matthew | Spaulding Rehabilitation Hospital | $ | 221.10 |
| Topinio | Fe Dionisio | Spaulding Rehabilitation Hospital | $ | 20,649.19 |
| Torres | Pedro | Spaulding Rehabilitation Hospital | $ | 13,692.03 |
| Vendrell | Alejandro | Spaulding Rehabilitation Hospital | $ | 844.15 |

| | | | | |
|---|---|---|---|---|
| Wang | Yumei | Spaulding Rehabilitation Hospital | $ | 391.93 |
| Whelan | Elena Louise | Spaulding Rehabilitation Hospital | $ | 2,126.35 |
| Zak | Jennifer | Spaulding Rehabilitation Hospital | $ | 292.68 |
| | | **Grand Total** | $ | **2,756,514.37** |